IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRANSCEND SHIPPING SYSTEMS, LLC, §§§§§ *Plaintiff*, §§ v. § PREMIER TRAILERS, LLC d/b/a §§§ PREMIER TRAILER LEASING, §§ *Defendant*. § | Case No. 2:22-CV-00112-JRG-RSP |

TRANSCEND SHIPPING SYSTEMS, LLC,

    *Plaintiff*,

v.

PREMIER TRAILERS, LLC d/b/a
PREMIER TRAILER LEASING,

    *Defendant*.

Case No. 2:22-CV-00112-JRG-RSP

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Transcend Shipping Systems, LLC and Defendant Premier Trailers, LLC (Dkt. No. 4.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**May 26, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE